UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>)<br>APPROXIMATELY $129,850 IN )<br>UNITED STATES CURRENCY SEIZED )<br>FROM JOHNATHAN GUZMN ON )<br>APRIL 6, 2021 AT CHARLOTTE- )<br>DOUGLAS INTERNATIONAL )<br>AIRPORT ) | CIVIL NO. 3:21CV509 |

**ORDER OF DEFAULT JUDGMENT**

THIS CAUSE COMES BEFORE THE COURT upon the Government's Motion for Entry of Default Judgment. (Doc. 8). Having considered the Motion and the pleadings, the Court GRANTS the Motion and Orders as follows:

IT IS HEREBY ORDERED THAT Judgment by Default is entered against all persons in the world not having filed a claim in this action as to the following property:

**Approximately $129,850 in U.S. Currency seized from Johnathan Guzman on April 6, 20201 at Charlotte-Douglas International Airport.**

IT IS SO ORDERED, this 3rd day of January, 2022.

*/s/ Frank D. Whitney*
Frank D. Whitney
United States District Judge